UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :
  IN RE:              :
               :      25-CV-5495 (JMF)
  PEGGY NESTOR,         :
               :      ORDER OF DISMISSAL
          Debtor.    :
               :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 3, 2025, the Court extended *nunc pro tunc* the deadline to file Appellant's brief pursuant to Rule 8018 of the Federal Rules of Bankruptcy Procedures and ordered that Appellant's brief be filed no later than October 3, 2025. *See* ECF No. 5. In the Court's Order, Appellant was expressly advised that "[f]ailure to file Appellant's brief by the October 3, 2025 deadline will result in dismissal of the appeal for failure to prosecute without further notice to the parties Appellants." *Id.* To date, Appellant has not filed a brief or otherwise pursued the matter.

       The Supreme Court and the Second Circuit have long recognized that federal courts are vested with the authority to dismiss an action with prejudice because of the failure to prosecute, a power that is "necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); *see also United States ex rel. Drake v. Norden Sys., Inc.*, 375 F.3d 248, 250 (2d Cir. 2004). In light of Appellant's failure to file an opening brief, dismissal of the case is warranted. Accordingly, it is hereby ORDERED that the case is dismissed for failure to prosecute.

       The Clerk of Court is directed to close the case and to mail a copy of this Order to Appellant.

       SO ORDERED.

Dated: October 17, 2025                   _____
      New York, New York                 JESSE M. FURMAN
                                     United States District Judge